# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of May, two thousand and fourteen,

_____

| | |
|---|---|
| Rocco Marini, TRKnitting Mill, Inc., Josephine Marini, | **ORDER** |
|       Plaintiffs - Appellees, | Docket No: 14-1205 |
| v. | |
| Harry Adamo, Jr., The Bolton Group, Inc., H. Edward Rare Coins & Collectibles, Inc., | |
|       Defendants - Appellants, | |
| Lisa Adamo, | |
|       Defendant. | |

_____

      Counsel for Appellants Harry Adamo, Jr., H. Edward Rare Coins & Collectibles, Inc. and The Bolton Group, Inc., has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting August 12, 2014 as the brief filing date.

      It is HEREBY ORDERED that Appellants' brief must be filed on or before August 12, 2014. The appeal is dismissed effective August 12, 2014 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

      For The Court:

      Catherine O'Hagan Wolfe,
      Clerk of Court

