# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of July, two thousand and fourteen.

Before:      Ralph K. Winter,
                *Circuit Judge,*

_____

Rocco Marini, TRKnitting Mill, Inc., Josephine Marini,

   Plaintiffs - Appellees - Cross Appellants,

v.

Harry Adamo, Jr., The Bolton Group, Inc., H. Edward Rare Coins & Collectibles, Inc.,

   Defendants - Appellants - Cross Appellees,

Lisa Adamo,

   Defendant - Cross-Appellee.

_____

**ORDER**
Docket No. 14-1205
               14-1706(xap)

Appellants-Cross-Appellees' counsel moves for an extension of time until September 26, 2014, to file Appellants-Cross-Appellees' principal brief and to set a new briefing schedule setting November 25, 2014, as the due date for Appellees-Cross-Appellants' principal brief, January 26, 2015, as the due date for Appellants-Cross-Appellees' reply brief and March 12, 2015, as the due date for Appellees-Cross-Appellants' reply brief.

IT IS HEREBY ORDERED that the motion is GRANTED and the proposed briefing schedule is SO ORDERED to the extent that Appellees-Cross-Appellants' principal brief is due November 25, 2014. However, Appellants-Cross-Appellees' reply brief is due 30- days after Appellees-Cross-Appellants' principal brief and Appellees-Cross-Appellants' reply brief is due 30 days after Appellants-Cross-Appellees' reply brief. The parties are not to seek any further extensions.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

